United States Courts
Southern District of Texas
FILED

MAY 17 2004

Michael N. Milby, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTURO PIMIENTA | § | CASE NO. 04-36227-H4-11 |
| | § | |
| Debtor | § | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel for John B. Jacuzzi and respectfully requests that all notices, pleadings, correspondence, and all other matters of record be served upon John B. Jacuzzi through the undersigned counsel.

Respectfully submitted,

_____
Steven B. Harris
Southern Dist. ID 3920
Texas Bar Number 09093200
6250 Chase Tower
600 Travis Street
Houston, Texas 77002-3000
(713) 546-5850 (Telephone)
(713) 546-5830 (Facsimile)
sharris@ssd.com (e-mail)
**Attorney for John B. Jacuzzi**

Of Counsel:
Squire, Sanders & Dempsey L.L.P.
6250 Chase Tower
600 Travis Street
Houston, Texas 77002-3000
(713) 546-5850

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been forwarded in accordance with FED. R. CIV. P. 5 on the 17th day of May, 2004 on all parties listed on the attached Service List via regular first class mail and/or via facsimile.

_____
Steven B. Harris

## SERVICE LIST

| | | |
|---|---|---|
| Margaret Maxwell McClure<br>909 Fannin, Suite 1580<br>Houston, Texas 77010 | Nancy Lynne Holley, Trustee<br>515 Rusk Street, Suite 3516<br>Houston, Texas 77002 | Stephanie J. Ward<br>Brown McCarroll, L.L.P.<br>2000 Trammell Crow Center<br>2001 Ross Avenue<br>Dallas, Texas 75201 |
| Stephen G. Wilcox<br>Paul K. Kim<br>Law, Snakard & Gambill, P.C.<br>1600 W. 7th Street, Suite 500<br>Fort Worth, Texas 76102 | Edward J. Ripley<br>Deanna L. Longo<br>Baker & Hostetler, LLP<br>1000 Louisiana, Suite 2000<br>Houston, Texas 77002 | Bruce J. Ruzinsky<br>C. Larry Carbo, III<br>Jackson Walker L.L.P.<br>1401 McKinney, Suite 1900<br>Houston, Texas 77010 |